No. 910. BURTON MERCANTILE & GIN Co., INC. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Wayne Boyce* and *Fred M. Pickens, Jr.,* for petitioner. *Solicitor General Cox, Charles Donahue, Bessie Margolin, Robert E. Nagle* and *Isabelle R. Cappello* for respondent.

No. 921. DALL *v.* PEARSON ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *James P. Donovan* and *John W. Wood* for petitioner. *John Donovan* for Pearson et al., and *William R. Glendon* for Washington Post Co., respondents.

No. 523, Misc. LOWDER *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. *David G. Bleakley* for petitioner. *Lawrence F. Scalise,* Attorney General of Iowa, and *Don R. Bennett,* Assistant Attorney General, for respondent.

No. 572, Misc. RHOADS *v.* RANDOLPH, WARDEN. Cir. Ct. Randolph County, Ill. Certiorari denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *John J. O'Toole,* Assistant Attorneys General, for respondent.

No. 573, Misc. SITTON *v.* SITTON. Sup. Ct. Cal. Certiorari denied.

No. 589, Misc. HASSELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.